United States District Court
Southern District of Texas
**ENTERED**
June 22, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RICHARD ROEGNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | Case No. 4:21-CV-01109 |
| HILLCROFT SHOPPING PLAZA, LP, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

In accordance with Notice of Voluntary Dismissal of Defendant with Prejudice filed June 22, 2021, it is hereby ORDERED that this entire action, including all claims that were or could have been asserted, be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is so ORDERED on the 22nd of June, 2021.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE